■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERWIN JACKSON, Appellant. [966 NYS2d 869]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 30, 1988 (*People v Jackson*, 145 AD2d 646 [1988]), affirming a judgment of the County Court, Nassau County, rendered April 18, 1985.

appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 19, 1989 (*People v Jackson*, 151 AD2d 694 [1989]), affirming a judgment of the County Court, Nassau County, rendered July 3, 1985.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Balkin, Roman and Miller, JJ., concur.